UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRIGITTE STELZER<br><br>                                Plaintiff,<br><br>- against -<br><br>ENDEAVOR BUSINESS MEDIA, LLC<br><br>                                Defendant. | Case No. 3:18-cv-979<br><br>Judge James D. Peterson |

## PLAINTIFF'S COUNSEL DECLARATION

I, RICHARD LIEBOWITZ, hereby declares as follows:

      1.      I am counsel for Plaintiff Brigitte Stelzer in this action and duly admitted to practice law in this District.

      2.      I submit this declaration in response to the Court's order, dated August 31, 2020 [Dkt. #25]

      3.      My practice privileges are not restricted, suspended or revoked in any other jurisdiction.

Dated: September 8, 2020

                                                               Respectfully submitted:

                                                               LIEBOWITZ LAW FIRM, PLLC

                                                               By: /s/richardpliebowitz
                                                                     Richard P. Liebowitz
                                                             11 Sunrise Plaza, Suite 305
                                                             Valley Stream, NY 11580
                                                             Tel: (516) 233-1660
                                                             rl@LiebowitzLawFirm.com

                                                             *Attorneys for Plaintiff*
                                                             *Brigitte Stelzer*

1